No. 1006. ROOFIRE ALARM CO. *v.* ROYAL INDEMNITY Co. C. A. 6th Cir. Certiorari denied. *Sizer Chambliss* for petitioner. *Jere T. Tipton* for respondent.

No. 1018. SANCHEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Sol A. Abrams* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 1019. SARELAS *v.* ROCANAS. C. A. 7th Cir. Certiorari denied. *Peter S. Sarelas,* petitioner, *pro se.*

No. 1021. LAKE ET VIR *v.* SAWYERS. Circuit Court of Hardy County, West Virginia. Certiorari denied. *Lewis W. Lake, pro se,* for petitioners.

No. 1022. EASTERN STATES PETROLEUM CORP. OF PANAMA, S. A., *v.* ORION SHIPPING & TRADING CO., INC. C. A. 2d Cir. Certiorari denied. *J. Joseph Noble* and *Roy Leifflen* for petitioner. *Raymond J. Burke* for respondent.

No. 1023. CITY NATIONAL BANK & TRUST CO. OF COLUMBUS, ADMINISTRATOR, *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *J. Ralston Werum* for petitioner. *Solicitor General Cox* and *Assistant Attorney General Oberdorfer* for the United States.

No. 1027. OTIS ELEVATOR CO. *v.* LOCAL 453, INTERNATIONAL UNION OF ELECTRICAL, RADIO & MACHINE WORKERS, AFL–CIO. C. A. 2d Cir. Certiorari denied. *Abraham Shamos* for petitioner. *Irving Abramson* for respondent.